IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS VERNELL HIRES,<br><br>    Petitioner,<br><br>v.<br><br>DAVID SHINN, Warden,<br><br>    Respondent. | Case No.: CV 16-07873-AG (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) Respondent's Motion to Dismiss is GRANTED and Judgment shall be entered dismissing this action in this Court; and

//

1

(2) to the extent the petition is a disguised motion under 28 U.S.C. § 2255, it is transferred to the Court of Appeals for the Eleventh Circuit further proceedings as warranted by that Court.

Dated: July 30, 2017

_____
ANDREW J. GUILFORD
United States District Judge