JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS VERNELL HIRES, <br>          Petitioner, <br> v. <br> DAVID SHINN, Warden, <br>          Respondent. | Case No.: CV 16-07873 AG (JDE) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that this action:

(1) is dismissed without prejudice in this District; and

(2) is hereby transferred to the Court of Appeals for the Sixth Circuit to the extent the petition is construed as a motion under 28 U.S.C. § 2255.

Dated: July 30, 2017

_____
ANDREW J. GUILFORD
United States District Judge