IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS VERNELL HIRES,<br><br>    Petitioner,<br><br>v.<br><br>DAVID SHINN, Warden,<br><br>    Respondent. | Case No. CV 16-07873 AG (JDE)<br><br>AMENDED JUDGMENT CORRECTING CLERICAL ERROR |

    Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that this action:

    (1) is dismissed without prejudice in this District; and

    (2) is hereby transferred to the Court of Appeals for the Eleventh Circuit to the extent the petition is construed as a motion under 28 U.S.C. § 2255.

Dated: December 15, 2017

                                              ANDREW J. GUILFORD
                                              United States District Judge